UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN MORALEZ, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:19-cv-1078 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| MICHIGAN EMPLOYMENT | ) | |
| RELATIONS COMMISSION, | ) | |
| Defendant. | ) | |
| | ) | |

### JUDGMENT

In accordance with the order entered today (ECF No. 15), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 17, 2020                             /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge